JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Rockne Miller ;
**County of Residence:** Miller County

**Defendant(s):**
First Listed Defendant:
Elizabeth Ziegler ;
**County of Residence:** Cole County

Additional Defendants(s):
Cheryl D.S. Walker ;
Helene J. Frischer ;
Wayne Henke ;
Robert Cook ;
Sherman W. Birkes ;

**County Where Claim For Relief Arose:** Cole County

**Plaintiff's Attorney(s):**
Cole D. Bradbury (Rockne Miller)
Bradbury Law Firm, LLC
PO Box 206
Osage Beach , Missouri 65065
**Phone:** 5737450772
**Fax:**
**Email:** cole.d.bradbury@gmail.com

**Defendant's Attorney(s):**

**CHALLENGE TO THE CONSTITUTIONALITY OF A FEDERAL OR STATE STATUTE (SEE FRCP 5.1)**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 950 Constitutionality of State Statutes
**Cause of Action:** Claim under First and Fourteenth Amendments and 42 U.S.C. 1983 that Art. III, sec. 2(a) of the Missouri Constitution, and Defendants' enforcement thereof, is unconstitutional on its face or as applied to Plaintiff
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):**
    **Jury Demand:** No

**Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Cole D. Bradbury

**Date:** 12/16/21

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.